STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

LAW TANNING CO., LLC

    Plaintiff,

v

Case No. 2:17-cv-01703-LA
Hon. Lynn Adelman

WESTFIELD INSURANCE COMPANY ~~AND RANDY DRAEGER~~,

    Defendants.

---

WESTFIELD INSURANCE COMPANY,

    Counter-Plaintiff,

V

LAW TANNING CO., LLC,

    Counter-Defendant

    /

| | |
|---|---|
| CHRISTOPHER T. HALE (SBN #1016363)<br>**HALE LAMMIMAN GROUP, LTD.**<br>Counsel of Plaintiff<br>788 N. Jefferson St., Suite 700<br>Milwaukee, Wisconsin 53202<br>(414) 278-8000 / (414) 278-9100 - Fax<br>chale@hlgltd.com | GLEN HOWARD PICKOVER<br>(SBW # 1074191)<br>**GREGORY AND MEYER, P.C.**<br>Attorney for Defendant Westfield<br>340 E. Big Beaver Road, Ste. 520<br>Troy, MI 48083<br>(248) 689-3920/(248) 689-4560 – Fax<br>gpickover@gregorylaw.com |

    /

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by and between the parties that all claims, counter claims and causes of action arising out of the litigation currently pending before this Court by and between Law Tanning Co., LLC and Westfield Insurance Company be dismissed with prejudice and without costs or fees awarded to either party.

<table>
<tr><td>

s/CHRISTOPHER T. HALE w/Consent  
CHRISTOPHER T. HALE (SBN #1016363)  
**HALE LAMMIMAN GROUP, LTD.**  
Counsel of Plaintiff  
788 N. Jefferson St., Suite 700  
Milwaukee, Wisconsin 53202  
(414) 278-8000 / (414) 278-9100 - Fax  
chale@hlgltd.com

</td><td>

s/ GLEN HOWARD PICKOVER  
GLEN HOWARD PICKOVER  
GREGORY AND MEYER, P.C.  
Attorneys for Defendant Westfield  
340 E. Big Beaver, Ste. 520  
Troy, MI 48083  
(248) 689-3920  
(SBW # 1074191)  
gpickover@gregorylaw.com

</td></tr>
</table>

Dated: June 12, 2019